IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

OAKWOOD ADDITION, LLC,               §
    PLAINTIFF,                       §
                                     §
V.                                   §        CIVIL ACTION NO. 2:26-CV-00119
                                     §
CITY OF GEORGE WEST, TEXAS,          §
    DEFENDANT.                       §

---

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

---

**CAME ON THIS DAY** to be heard the Motion to Remand (the "**Motion**") filed by Plaintiff, Oakwood Addition, LLC ("**Plaintiff**"). It is therefore

**ORDERED** that the Motion is **GRANTED** and that such case is hereby **REMANDED** to the 36th Judicial District Court, Live Oak County, Texas for lack of federal subject matter jurisdiction. It is further

**ORDERED** that the District Clerk is directed to send a certified copy of this Order to clerk of the State Court.

**SIGNED** this _____ day of _____, 2026.


_____
The Hon. United States District Judge Presiding

APPROVED AS TO FORM & SUBSTANCE:

PATEL GAINES, PLLC
2030 N Loop 1604 W, Suite 200
San Antonio, Texas 78248
www.patelgaines.com
(210) 460-7787 | Telephone
(210) 460-7797 | Facsimile

By: */s/ Grant M. Gaines*
    Grant M. Gaines
    Texas State Bar No. 24074241
    ggaines@patelgaines.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the date this document was filed with the Clerk of the Court, a true and correct copy of the above and foregoing document was transmitted in accordance with the requirements of the Federal Rules of Civil Procedure, addressed as follows:

    *Via ECF Service*:
    James McKibben
    Liza Aguilar Wood
    Marshall Gardner
    MCKIBBEN, MARTINEZ & WOOD, L.L.P.
    555 N. Carancahua, Ste. 1100
    Corpus Christi, Texas 78401-0841
    *Attorneys For Defendant*

                                 */s/ Grant M. Gaines*
                                  Grant M. Gaines